JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WINSTON O'MALLY, | ) Case No. CV 15-8644 DSF (JPRx) |
|---|---|
| Plaintiff, | ) |
| | ) JUDGMENT OF DISMISSAL |
| v. | ) |
| | ) |
| PNC BANK, N.A.; SELECT PORTFOLIO SERVING, INC., | ) |
| Defendants. | ) |

The Court having granted Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint with prejudice, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Dated: 5/5/16

_____
DALE S. FISCHER
United States District Judge